# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:25cr56-MOC |
| ) | |
| ) | **BILL OF INDICTMENT** |
| v. ) | |
| ) | Violation: 18 U.S.C. § 922(g)(5)(A) |
| EUSEBIO FUENTES-SOTO ) | |
|   a.k.a. EUSEBIO SOTO ) | |
|   a.k.a. EDGAR PEREZ-BERILLOS ) | |
|   a.k.a. EDGAR PEREZ ) | |
| _____ ) | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

*(Possession of a Firearm and Ammunition by an Illegal Alien)*

On or about May 26, 2024, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**EUSEBIO FUENTES-SOTO**
a.k.a. **EUSEBIO SOTO**
a.k.a. **EDGAR PEREZ-BERILLOS**
a.k.a. **EDGAR PEREZ**

knowing that he was an alien unlawfully and illegally in the United States, did knowingly possess a firearm and ammunition, that is, a Keltec, CNC Industries, Inc., Model P32, .32 caliber pistol, and live rounds of Aguilar 7.65mm (.32 Auto) ammunition, in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

**NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE**

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The Grand Jury finds probable cause that the following item is subject to forfeiture, in accordance with § 924(d), because it was involved in, used, or intended to be used in the violation alleged in this Bill of Indictment:

1. a Keltec, CNC Industries, Inc., Model P32, .32 caliber pistol, serial number CRZ90, and Aguilar 7.65mm (.32 Auto) ammunition seized during the course of the investigation.

A TRUE BILL

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
ROBERT J. GLEASON
ASSISTANT UNITED STATES ATTORNEY