# NEW CRIMINAL CASE COVER SHEET      U. S. DISTRICT COURT
(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ○ YES  ● NO     **DOCKET NUMBER:** 3:25-cr- 56-MOC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| Field | Value |
|---|---|
| **CASE NAME** : US vs | Eusebio Fuentes-Soto |
| **COUNTY OF OFFENSE** : | Mecklenburg |
| **RELATED CASE INFORMATION** : | |
| Magistrate Judge Case Number : | |
| Search Warrant Case Number : | |
| Miscellaneous Case Number : | |
| Rule 20b : | |
| **SERVICE OF PROCESS** : | Arrest Warrant |

**U.S.C. CITATIONS** (Mark offense carrying greatest weight): ○ Petty ○ Misdemeanor ● Felony

18 USC 922(g)(5)(A)

**JUVENILE:** ○ Yes ● No

| | |
|---|---|
| **ASSISTANT U. S. ATTORNEY** : | Robert Gleason |
| **VICTIM/WITNESS COORDINATORS:** | Shirley Rutledge |
| **INTERPRETER NEEDED** : | Yes |
| **LIST LANGUAGE AND/OR DIALECT:** | Spanish |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | |