# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EUSEBIO FUENTES-SOTO,<br><br>Defendant. | 3:25CR0056-MOC |

## MOTION TO CONTINUE TRIAL AND MOTIONS DEADLINE DATE

Eusebio Fuentes-Soto, through counsel, Kelly Sullivan, Assistant Federal Public Defender, respectfully requests that this Court continue the trial and motions deadline in this case. As grounds, the Defense states the following:

1. Mr. Fuentes-Soto made his initial appearance on April 14, 2025, on a One-Count Indictment charging him with violating 18 U.S.C. § 922(g)(5)(A) and 18 U.S.C. § 924(a)(8) possession of a firearm and ammunition by an illegal alien.

2. On April 14, 2025, Mr. Fuentes-Soto's arraignment was held, and he was ordered detained.

3. This matter is currently scheduled for a Docket Call on July 7, 2025.

4. Counsel will need additional time to conduct investigation and plea negotiations, to review discovery with Mr. Fuentes-Soto and otherwise prepare for trial, or in the alternative, to research the legal and factual issues surrounding Mr. Fuentes-Soto's criminal history to advise him of his likely sentencing outcome upon a plea, or in the event he is convicted at trial.

5. The government has no objection to this motion.

1

**WHEREFORE**, Eusebio Feuntes-Soto requests that the time of his trial be continued to this Court's next Criminal Term.

>Respectfully submitted,
>
>*/s/ Kelly Sullivan*
>Kelly Sullivan
>GA Bar No. 293123
>Assistant Federal Defender
>Federal Defenders of Western North Carolina
>129 West Trade Street, Suite 300
>Charlotte, NC 28202
>Phone: (704) 374-0720
>Fax: (704) 374-0722
>Email: Kelly_Sullivan@fd.org