IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO. 3:25-cr-56-MOC |
| v. ) | |
| EUSEBIO FUENTES-SOTO ) | FACTUAL BASIS |
| a.k.a. EUSEBIO SOTO ) | |
| a.k.a. EDGAR PEREZ-BERILLOS ) | |
| a.k.a. EDGAR PEREZ ) | |
| ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the defendant's guilty plea filed in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea that the defendant will tender, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime. The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. The defendant, Eusebio Fuentes-Soto, on or about May 26, 2024, in Charlotte, North Carolina, within the Western District of North Carolina, possessed a firearm and ammunition, to wit: a Keltec, CNC Industries, Inc., Model P32, .32 caliber pistol and live rounds of Aguilar 7.65mm (.32 Auto) ammunition.

2. The defendant possessed the Keltec, CNC Industries, Inc., Model P32, .32 caliber pistol and live rounds of Aguilar 7.65mm (.32 Auto) ammunition knowingly; that is, the defendant knew that the items were a firearm and ammunition, and his possession of the firearm and ammunition was voluntary and intentional.

3. The Keltec, CNC Industries, Inc., Model P32, .32 caliber pistol and live rounds of Aguilar 7.65mm (.32 Auto) ammunition were manufactured outside of the State of North Carolina

and were recovered in Charlotte, North Carolina. Hence, the firearm and ammunition had traveled in and affected interstate commerce at some point during their existence.

4. The defendant is an alien and is illegally and unlawfully in the United States. On the date of the instant offense, the defendant was a prohibited person, who was not permitted to possess a firearm.

5. The defendant knew that he is an alien and is illegally and unlawfully in the United States.

RUSS FERGUSON
UNITED STATES ATTORNEY

ROBERT J. GLEASON
ASSISTANT UNITED STATES ATTORNEY

Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis and the Bill of Indictment in this case and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis and the Bill of Indictment. I hereby certify that the defendant does not dispute this Factual Basis.

Kelly M. Sullivan, Esquire, Attorney for Defendant

DATED: 8/18/25

2